IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | |
| | : | |
| ANGEL JOEL RIVERA DE JESUS | : | 1:23CR5-1 |
| ALEX MANUEL COLON CORREA | : | 1:23CR5-2 |
| GIBRAN [NMN] CABRERA | : | 1:23CR5-3 |



The Grand Jury charges:

COUNT ONE

From on or about October 10, 2022, continuing up to and including on or about January 9, 2023, the exact dates to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, ANGEL JOEL RIVERA DE JESUS, ALEX MANUEL COLON CORREA, and GIBRAN [NMN] CABRERA, not then being licensed dealers within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

COUNT TWO

On or about October 24, 2022, in the County of Forsyth, in the Middle District of North Carolina, ANGEL JOEL RIVERA DE JESUS and ALEX MANUEL COLON CORREA did knowingly and unlawfully possess a

machinegun, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), that is, a Glock .45 caliber handgun equipped with a "Glock Switch," enabling it to fire in fully automatic mode; in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## COUNT THREE

On or about October 24, 2022, in the County of Forsyth, in the Middle District of North Carolina, ANGEL JOEL RIVERA DE JESUS and ALEX MANUEL COLON CORREA knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun, which had not been registered to either in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in

2

violation of Title 26, United States Code, Sections 5861(d) and 5871, and Title 18, United States Code, Section 2.

DATED: January 30, 2023

SANDRA J. HAIRSTON
United States Attorney

_____
BY: GRAHAM T. GREEN
Assistant United States Attorney

_____
BY: CLIFTON T. BARRETT
Assistant United States Attorney

A TRUE BILL:

██████████████████████
FOREPERSON

3